

**SR&A** STRONGIN ROTHMAN & ABRAMS, LLP

NEW YORK
80 Pine Street, 10th Floor
New York, NY 10005
Tel 212.931.8300 • Fax 212.931.8319

NEW JERSEY
70 South Orange Ave., Suite 215
Livingston, NJ 07039
Tel 973.758.9301• Fax 973.758.9302

WWW.SRALAWFIRM.COM

BARRY S. ROTHMAN
brothman@sralawfirm.com
Direct 212.931.8302

August 5, 2022

**MEMO ENDORSED**

**VIA ECF**

Hon. Kenneth M. Karas, U.S.D.J.
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10461-4150

Re:   Monk, Jaeden v. KLLM Transport Services, LLC, et al
      Index No.: EF003173-2022
      SRA Matter No.: 916-22001

Your Honor:

I am counsel for the Defendants, KLLM TRANSPORT SERVICES, LLC and TYRIK DASHAUN MASTERS in this matter. I acknowledge receipt of the court notice scheduling an initial conference on October 5, 2022.

I respectfully request that the Court reschedule that conference due to my unavailability that day; I will be observing the Jewish holiday of Yom Kippur. Plaintiff counsel consents to this request.

Respectfully submitted,

BARRY S. ROTHMAN
BSR/nbw

cc: Patrick Owen, Esq. (VIA E-FILE)

Granted. The conference is adjourned to October 12, 2022 at 10:00 A.M.

SO ORDERED
KENNETH M. KARAS U.S.D.J.
8/8/2022